# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| Linda Suda, | |
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | |
| FK Draper LLC, | Case No. 2:19-cv-0074-DBP |
| Defendant. | Magistrate Judge Dustin B. Pead |

Plaintiff is hereby ordered to show cause why the above captioned case should not be dismissed for failure to prosecute. Plaintiff is directed to respond in writing within 10 days from the date of this order and inform the Court of the status of the case and intentions to proceed. Failure to do so will result in dismissal of the case.

DATED this 7 October 2019.

_____
Dustin B. Pead
United States Magistrate Judge