**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
6605 S. Redwood Rd., Suite 101
Salt Lake City, UT 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>               Plaintiff,<br>vs.<br><br>FK DRAPER, L.L.C., A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>               Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-CV-74- DBP<br><br>Magistrate Dustin B. Pead |

Plaintiff Linda Suda and Defendant FK Draper, L.L.C. (collectively, the "Parties"), by

and through undersigned counsel, stipulate and jointly move the Court for an order dismissing

this action with prejudice, with all parties to bear their own fees and costs.  A proposed order is

filed and served herewith.

1

STIPULATED the 7th day of October, 2019.

                              FORD & CRANE PLLC


                              /s/ Matthew B. Crane
                              Matthew B. Crane
                              *Attorney for Plaintiff*


STIPULATED the 7th day of October, 2019.

                              PARSONS BEHLE & LATIMER


                              /s/ Sean A. Monson
                              Sean A. Monson
                              *Attorney for Defendant*
                              (Signed with permission)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 7th day of October, 2019, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane