# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FK DRAPER, L.L.C., A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>　　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-CV-74- DBP<br><br>Magistrate Dustin B. Pead |

　　　　This matter is before the Court pursuant to the Stipulated Motion to Dismiss With Prejudice (the "Motion") filed by the parties on October 7, 2019. Having reviewed the Motion, there appears good cause that it should be GRANTED.

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice, with all parties to bear their own fees and costs.

　　　　DATED this 7 October 2019.

_____
Dustin B. Pead
United States Magistrate Judge

1